UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>    Defendant. | Civil Action No. 24-0964 (ACR) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff America First Legal Foundation and Defendant United States Department of Defense hereby stipulate to dismiss this action with prejudice, with each party to bear its own fees and costs.

Dated: June 9, 2025

By: /s/ *Jacob Meckler*
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
6111 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for the Plaintiff*
*America First Legal Foundation*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ Dedra S. Curteman*
    DEDRA S. CURTEMAN,
       D.C. Bar #90021492
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2550

*Attorneys for the United States of America*